## CAMPBELL v. CAMPBELL

No. 413P83.

Case below: 63 N.C. App. 113.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 September 1983.

## CHURCH v. FIRST UNION NAT'L BANK

No. 426P83.

Case below: 63 N.C. App. 359.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 27 September 1983. Motion by defendant to dismiss appeal for lack of merit allowed 27 September 1983.

## DEPENDABLE INS. CO. v. MIDDLESEX CONSTR.

No. 436P83.

Case below: 63 N.C. App. 390.

Petition by defendants for discretionary review under G.S. 7A-31 denied 19 September 1983.

## DOLPHIN CO. OF ORIENTAL, INC. v. THOMPSON

No. 297P83.

Case below: 62 N.C. App. 144.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 September 1983.

## FOUR SEASONS HOMEOWNERS ASSOC., INC. v. JORDAN

No. 440P83.

Case below: 62 N.C. App. 328.

Petition by defendants for writ of certiorari to North Carolina Court of Appeals denied 27 September 1983.